UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK S. WALKER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security<br><br>    Defendant. | Case No. 13-cv-05037-BLF<br><br>**ORDER DENYING PLAINTIFF'S MOTION**<br><br>[Re: ECF 82] |

The Court is in receipt of Plaintiff's "Affidavit in Support of Motion for Enter Judgment on the Pleading with Motion to Show Cause; Plaintiff's Motion for Injunction Against Garnishments; Vacating August 21, 2014 Hearing," submitted October 28, 2014. ECF 82. On October 27, 2014, this Court granted Defendant's motion for summary judgment and entered judgment in Defendant's favor. ECF 80, 81. Plaintiff's submission appears to have crossed in the mail with the Court's order. Because final judgment has been entered in Defendant's favor, Plaintiff's motion is DENIED as moot.

**IT IS SO ORDERED.**

Dated: October 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge